1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TATYANA DZHAFAROVA,

               Plaintiff(s),

    v.

MICHAEL CHERTOFF, et al.,

               Defendant(s).

NO. C05-1652P

ORDER FOR SERVICE AND FOR
RESPONSE

     Plaintiff has filed, through counsel, a Petition for Hearing on Naturalization Application, asking this Court to adjudicate Plaintiff's application for naturalization.  Dkt. No. 1.  Plaintiff also asks this Court to grant monetary damages in the form of attorneys fees and costs associated with this action. Plaintiff alleges that United States Citizenship and Immigration Services has failed to adjudicate her naturalization application within 120 days of Plaintiff's naturalization examination, and has requested that the District Court schedule a hearing on the matter, as permitted by section 336(b) of the Immigration and Naturalization Act.

     IT IS HEREBY ORDERED that:

     (1) The Clerk shall arrange for service upon Defendants Michael Chertoff, Eduardo Aguirre, Jr., Robert Mueller and Robert J. Okin, and upon the civil process clerk of the United States Attorney for the Western District of Washington, with copies of the Petition, of all documents in support thereof, and of this Order by registered or certified mail, return receipt requested.

     (2) Within 45 days after such service, Defendants shall show cause why Plaintiff's relief should not be granted.  As a part of such response, Defendants shall submit a memorandum of authorities in support of their position, and should state whether an evidentiary hearing is necessary.  Defendants shall file the response with the Clerk of the Court and shall service a copy upon Plaintiff.

**ORD FOR
SVC & RESP - 1**

1       (3) The Clerk is also directed to provide a copy of this Order to Plaintiff's counsel.

2

3       Dated this 5th day of October, 2005.

4

5

6

7                 Marsha J. Pechman
                U.S. District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   **ORD FOR**
  **SVC & RESP - 2**